UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 12-21441-CIV-WMH

LUCELLY MEDINA HOYOS
and other similarly-situated individuals,

    Plaintiff(s),

v.

BIOFOODS INTERNATIONAL, INC. d/b/a
RESTAURANTE CAFETERIA MI TIERRA,
and JORGE ESPITIA, individually,

    Defendants.
_____/

**CLOSED CIVIL CASE**

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT BIOFOODS INTERNATIONAL, INC. d/b/a RESTAURANTE CAFETERIA MI TIERRA

**THIS CAUSE** having come on this day for consideration upon Plaintiff's Notice of Voluntary Dismissal with Prejudice as to corporate Defendant, **BIOFOODS INTERNATIONAL, INC**, and the Court being fully advised in the premises, it is thereupon, **ORDERED AND ADJUDGED** that,

The corporate Defendant, **BIOFOODS INTERNATIONAL, INC.**, be and is hereby dismissed with prejudice from the above-styled action with each party to bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this _11_ day of ___January___, 2013.

_____
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of record
Biofoods International, Inc. & Jorge Spitia
601 71 Street, Miami Beach, FL 33141